AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

JOHN WILLIAM WALLACE,

      Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:12-cv-00362-LRH-VPC**

NYE COUNTY JAIL, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE AS FRIVOLOUS.**

  __7/5/2012__                                           __LANCE S. WILSON__
                                                                    Clerk

                                                                  __/s/ Pamela McDonald__
                                                                     Deputy Clerk